**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| IN RE: | Case No: 18-50248 |
| **NATHAN RYAN SAWYER (xxx-xx-0532)**<br>**2504 42ND ST**<br>**LUBBOCK, TX  79413-3218** | Chapter 13 |
| **DEBTOR** | |

**NOTICE OF HEARING AND THE RIGHT TO OBJECT:**

PLEASE TAKE NOTICE that on November 15, 2018  9:00 am at the following location:

LIVE HEARING:  BANKRUPTCY COURTROOM, 1205 TEXAS AVE ROOM 314, LUBBOCK, TX  79401

**DEBTOR'S CHAPTER 13 PLAN AND MOTION FOR VALUATION**

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's counsel  (or the Debtor if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE PRE- HEARING DATE BELOW.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON November 08, 2018 at 2:00 PM AT THE FOLLOWING ADDRESS:

LOCATION:  TRUSTEE'S OFFICE, 1407 BUDDY HOLLY AVENUE,, LUBBOCK, TX 79401

HEARINGS ON OBJECTIONS OR REPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT.

/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
Telephone: (806) 748-1980
Facsimile: (806) 748-1956

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtor;  Debtor's counsel; the parties listed on the Debtor's mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

NATHAN RYAN SAWYER, 2504 42ND ST, LUBBOCK, TX  79413-3218
SETH CROSLAND, CROSLAND LAW FIRM, PLLC, 1848 NORWOOD PLAZA, SUITE 205B, HURST, TX  76054
BANK OF AMERICA, PO BOX 45144, JACKSONVILLE, FL  32231
CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT  84130
FIRSTLAND MORTGAGE SERVICING, PO BOX 35688, TULSA, OK  74153
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346
KOHL'S/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI  53201
US ATTORNEY, 1205 TEXAS AVE ROOM 700, LUBBOCK, TX  79401
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC  20530
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242

/s/ Robert B. Wilson
Robert B. Wilson