**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

**IN RE:**                                                                                                          **Chapter 13**
    **NATHAN RYAN SAWYER**

                                              **Case No: 18-50248**

    **Debtor**                                                                                                    **Dated: 10/10/2018**

**DEBTOR ATTORNEY: Seth Crosland**

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE**
**FOR DISMISSAL PURSUANT TO GENERAL ORDER 2017-01 (Section 3. b, c & d-1)**

---

Notice is hereby given to the above named Debtor and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal on <u>October 17, 2018</u> for the reasons noted below:

    Debtor did not pay to the Trustee the first payment due in the amount of $1,109.20 within 30 days of the petition date. General Order 2017-01 (3)(c).

---

**FAILURE TO CURE ANY OR ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN <u>7 DAYS</u> OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITION TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2017-01 SECTION 3. b, c & d-1.**

---

 /s/ Marc McBeath
_____
Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

NATHAN RYAN SAWYER
2504 42nd St
Lubbock, TX  79413-3218

Seth Crosland
Crosland Law Firm, PLLC
1848 NORWOOD PLAZA
SUITE 205B
HURST, TX  76054

WILLIAM T NEARY
UNITED STATES TRUSTEE
1100 COMMERCE STREET RM 976
DALLAS, TX  75242

Date:  10/10/2018

/s/ Marc McBeath

Marc McBeath, Staff Attorney
Robert B. Wilson, Trustee